**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, THE WHITE HOUSE OFFICE, OFFICE OF MANAGEMENT AND BUDGET, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 1:26-cv-3506 (LLA)

THE DEMOCRATIC PARTY OF WISCONSIN and YEE LENG XIONG,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, U.S. OFFICE OF MANAGEMENT & BUDGET, and RUSSELL T. VOUGHT, in his official capacity as Director of the U.S. Office of Management and Budget,

*Defendants*.

Civil Action No. 1:26-cv-03547 (LLA)

# JOINT STATUS REPORT

Pursuant to the Court's October 14, 2026 Minute Order, the Democratic National Committee (DNC), plaintiff in *Democratic National Committee v. Trump*, No. 1:26-cv-3506, and the Democratic Party of Wisconsin and Yee Leng Xiong (the DPW Plaintiffs), plaintiffs in *Democratic Party of Wisconsin v. Trump*, No. 1:26-cv-3547, respectfully submit this joint status report setting out their respective positions on consolidation of these actions under Federal Rule of Civil Procedure 42(a).

**The DNC:** The DNC recognizes that these cases involve common questions of law and fact and consents to consolidation under Rule 42(a)(2).

**The DPW Plaintiffs:** The DPW Plaintiffs support consolidation of these actions. Consolidation is appropriate because these cases involve "common question[s] of law or fact," Fed. R. Civ. P. 42(a), and consolidation would promote the efficient resolution of both matters.

Dated: October 15, 2026

*/s/ Daniel J. Freeman*
Daniel J. Freeman (Bar No. 90038422)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

Benjamin B. Klubes (Bar No. 428852)
Adam Miller (Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054
blkubes@klubeslaw.com
amiller@klubeslaw.com

*Counsel for the Democratic National Committee*

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen (Bar No. 435051)
Stephen A. Jonas (Bar No. 90037069)
Brian C. Ward* (Bar No. 90046907)
Harold Craig Becker (Bar No. 371239)
DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
norman@democracydefenders.org
steve@democracydefenders.org
craig@democracydefenders.org
brian@democracydefenders.org

John C. Quinn*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
jquinn@heckerfink.com

Dillon H. Grimm* (Bar No. 1719090)
HECKER FINK LLP
1050 K Street, NW, 10th Floor
(212) 763-0883
Washington, DC 20001
dgrimm@heckerfink.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs the Democratic Party of Wisconsin and Yee Leng Xiong*