**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC PARTY OF WISCONSIN *et al.*,

*Plaintiffs*,

*v.*

DONALD TRUMP *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-3547-LLA

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Elisabeth J. Neylan of the United States Department of Justice, enters her appearance as counsel for Defendants in this matter. Ms. Neylan hereby certifies pursuant to Local Civil Rule 83.2(d) that she is personally familiar with the Local Rules of this Court.

Dated: November 24, 2026

Respectfully submitted,

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ *Elisabeth Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for the United States*