**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC PARTY OF WISCONSIN *et al.*,

*Plaintiffs*,

*v.*

DONALD TRUMP *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-3547-LLA

**RESPONSE TO MOTION TO JOIN PRELIMINARY INJUNCTION**

On November 12, 2026, Plaintiffs in the above-captioned matter requested that the Court consolidate this case with *Democratic National Committee v. Trump*, 1:26-cv-3506, and further requested that, if the cases are consolidated, Plaintiffs be permitted to join the Democratic National Committee's motion for a preliminary injunction. ECF No. 18. Defendants previously consented to consolidating the two cases. *See Democratic National Committee v. Trump*, 1:26-cv-3506, ECF No. 15. If the cases are consolidated, Defendants do not oppose Plaintiffs' request to join the Democratic National Committee's motion for a preliminary injunction as a matter of procedure.

However, Plaintiffs in the above-captioned matter have not attempted to show their irreparable harm, by declaration or otherwise, other than by referring to allegations in their Complaint, which are not evidence. Indeed, Plaintiffs do not appear even to have standing to seek a preliminary injunction. *See, e.g.*, *Murthy v. Missouri*, 603 U.S. 43, 58 (2024) ("[Plaintiff] must support each element of standing 'with the manner and degree of evidence required at the successive stages of the litigation.'"). Thus, to the extent any relief is granted in connection with the Democratic National Committee's motion, it should not run to the Plaintiffs in this matter, even if the cases are consolidated.

Dated: November 24, 2026

Respectfully submitted,

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ *Elisabeth Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for the United States*